AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-1351

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☑ I personally served the summons on the individual at *(place)* ILLINOIS CORPORATION SERVICE COMPANY (Registered Agent)
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703-4261    on *(date)* February 16, 2024 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 17.65 for services, for a total of $ 17.65 .

I declare under penalty of perjury that this information is true.

Date: March 6, 2024

*Server's signature*

Michael A Williams Pro se
*Printed name and title*

1130 S Canal #1240
Chicago, IL 60607

*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete Items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Matt Dierking* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Matt Dierking    C. Date of Delivery: FEB 2 3 2024 |
| 1. Article Addressed to:<br>Resurgent Capital Service L.P.<br>c/o Illinois Corporation Service Company<br>801 Adlai Stevenson Dr<br>Springfield, IL 62703-4261 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| 9590 9402 8295 3094 0891 28 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ ...Mail<br>☐ ...Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7022 0410 0000 4118 4817 | |

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt