IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL A WILLIAMS**<br>*Plaintiff,*<br>v.<br><br>**RESURGENT CAPITAL SERVICES LP**<br>*Defendant.* | Case No. 24-CV-1351<br><br>Judge Kennelly |

### DEFENDANT RESURGENT CAPITAL SERVICES LP'S CORPORATE DISCLOSURE & NOTIFICATION AS TO AFFILIATES

RESURGENT CAPITAL SERVICES LP ("Defendant"), by and through its undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, states as follows:

1. RESURGENT CAPITAL SERVICES LP's parent companies are Resurgent Holdings, LLC and Alegis Group, LLC, which are also completely privately held companies.

2. No publicly held corporation owns 5% or more of RESURGENT CAPITAL SERVICES LP. No publicly held corporation holds any ownership interest in RESURGENT CAPITAL SERVICES LP.

Dated this 14th day of March 2024.

                                              Respectfully submitted,
                                              BARRON & NEWBURGER, PC

                                              */s/ Nabil G. Foster*
                                              Nabil G. Foster

Nabil G. Foster
Alyssa A. Johnson
BARRON & NEWBURGER, PC
53 W. Jackson Blvd. Suite 1205
Chicago, IL 60604
Telephone: 312-767-5750
nfoster@bn-lawyers.com
ajohnson@bn-lawyers.com

## CERTIFICATE OF SERVICE

      I, Nabil G. Foster, an attorney, certify that I shall cause to be served a copy of the **Defendant RESURGENT CAPITAL SERVICES LP's Corporate Disclosure & Notification as to Affiliates** upon the following individual(s), by deposit in the U.S. mailbox postage prepaid; messenger delivery; Federal Express; facsimile transmitted from (312) 229-9203, or electronically via email or the Case Management/Electronic Case Filing System ("ECF") as indicated, on March 14, 2024 to the following individuals:

| | | |
|---|---|---|
| _X_ | CM/ECF | *Plaintiff, Pro-se* |
| ___ | Facsimile | |
| ___ | Federal Express | Michael A Williams |
| ___ | E-Mail | 1130 S. Canal #1240 |
| _X_ | U.S. Mail | Chicago, IL 60607 |
| ___ | Messenger | Tel: (312) 841-9560 |
| | | Email: mikewill217@yahoo.com |

Nabil G. Foster            */s/ Nabil G. Foster*
Alyssa A. Johnson        Nabil G. Foster
BARRON & NEWBURGER, PC    One of the Attorneys for Defendant
53 W. Jackson Blvd., Suite 1205
Chicago, IL 60604
Telephone: 312-767-5750
Facsimile: 312-229-9203
nfoster@bn-lawyers.com
ajohnson@bn-lawyers.com