# Exhibit 1

Michael A Williams
1130 S Canal #1240
Chicago, IL 60607

1/02/2024

LVNV Funding LLC c / o RESURGENT CAPITAL SERVICES L.P.
PO BOX 10497
Greenville, SC 29603-0497

                        Account Number: 379363021005058
                        Account Number: 5178057590271271

To whom may concern,

I receive a correspondence from you and wass shocked to see that the balance of $1,072.00 for account *379363021005058* & a balance of $1,373.83 for account *5178057590271271* is inflated. I respectfully decline to pay the debt. I has never done business with you. Please send all that you have, letters to my address are troublesome for me and I prefer to keep my personal matters private, so only send anything you have to my email address.

Thank you for your attention to the matter.

Email: mikewill217@yahoo.com

Sincerly, Michael A Williams