# Exhibit 2

PO Box 510090  
Livonia MI 48151-6090





PJCPA700O00991  
MICHAEL WILLIAMS  
1130 S CANAL ST # 1240  
CHICAGO, IL 60607-4907

Account Number: *************1271  
Original Creditor: Capital One Bank (USA), N.A.  
Current Owner: LVNV Funding LLC  
Reference ID: 725760533  
Balance: $1,373.83  
Accountholder Name: Michael Williams

January 19, 2024

Dear Michael Williams,

Resurgent Capital Services L.P. manages the above referenced account for LVNV Funding LLC and has initiated a review of the inquiry recently received.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

Sincerely,

Resurgent Capital Services L.P.

Enclosure

**Please read the following important notices, including the enclosed validation notice, as they may affect your rights.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.






*Hours of Operation*  
8:00AM-9:00PM EST  
Monday - Thursday  
8:00AM-7:00PM EST  
Friday  
9:00AM-5:00PM EST  
Saturday - Sunday

*General Disputes/Correspondence*  
PO Box 10497  
Greenville, SC 29603-0497  
*Credit Bureau Disputes*  
PO Box 1269  
Greenville, SC 29602

*Contact Numbers*  
Toll Free Phone  
1-866-464-1187  
Toll Free Fax  
1-866-467-0163

*Customer Portal*  
Resurgent.com

38827787-INITIAL-CS

Resurgent Capital Services
P.O. Box 1269
Greenville, SC 29603
www.Resurgent.com
(888)665-0374 from 8-9 Monday-Thursday
8-7 Friday and 9-5 Saturday-Sunday

Today's Date: January 16, 2024

To:    MICHAEL WILLIAMS
       1130 S CANAL ST # 1240
       CHICAGO, IL 60607

**Reference: 725760533**

**Resurgent Capital Services is a debt collector**. We are trying to collect a debt that you owe to LVNV Funding LLC. We will use any information you give us to help collect the debt.

## Our Information shows:

You had an account from
Capital One Bank (USA), N.A.
with account number ending in 1271.

| | |
|---|---|
| As of April 16, 2022, you owed: | $1,373.83 |
| Between April 16, 2022 and today: | |
| You were charged this amount in interest: + | $0.00 |
| You were charged this amount in fees: + | $0.00 |
| You paid or were credited this amount toward the debt: - | $0.00 |
| **Total amount of the debt now:** | **$1,373.83** |

## How can you dispute the debt?

- **Call or write to us by February 23, 2024, to dispute all or part of the debt**. If you do not, we will assume that our information is correct.
- **If you write to us by February 23, 2024**, we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents.

## What else can you do?

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by February 23, 2024, we must stop collection until we send you that information. You may use the form below or write to us without the form.
- **Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law**. For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options.
- Póngase en contacto con nosotros para solicitor una copia de este formulario en español.

---

**Mail this form to:**

Resurgent Capital Services
P.O. Box 1269
Greenville, SC 29603

MICHAEL WILLIAMS
1130 S CANAL ST # 1240
CHICAGO, IL 60607

## How do you want to respond?

*Check all that apply:*

☐ **I want to dispute the debt because I think:**
   ☐ This is not my debt.
   ☐ The amount is wrong.
   ☐ Other (please describe on reverse or attach additional information).

☐ **I want you to send me the name and address of the original creditor.**

☐ **I enclosed this amount:** $ _____

Make your check payable to *Resurgent Capital Services*. Include the reference number 725760533.

☐ **Quiero este formulario en español.**