PO Box 510090
Livonia MI 48151-6090





PIEFN701K00433

MICHAEL WILLIAMS
1130 S CANAL ST # 1240
CHICAGO, IL 60607-4907

Account Number: ***********5058
Original Creditor: Credit One Bank, N.A.
Current Owner: LVNV Funding LLC
Reference ID: 724678802
Balance: $1,072.00
Accountholder Name: Michael Williams

August 07, 2023

Dear Michael Williams,

We have received a recent inquiry regarding the above-referenced account and have enclosed the account summary which provides verification of debt.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

Sincerely,

Resurgent Capital Services L.P.

Enclosure

**Please read the following important notices as they may affect your rights.**
This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.



*Hours of Operation*
8:00AM-9:00PM EST
Monday - Thursday
8:00AM-7:00PM EST
Friday
9:00AM-5:00PM EST
Saturday - Sunday



*General Disputes/Correspondence*
PO Box 10497
Greenville, SC 29603-0497
*Credit Bureau Disputes*
PO Box 1269
Greenville, SC 29602



*Contact Numbers*
Toll Free Phone
1-866-464-1187
Toll Free Fax
1-866-467-0163



*Customer Portal*
Resurgent.com

PIEFN701K0043300433010 3C0400

32400018-VERACS-CS

## ACCOUNT SUMMARY REPORT
### 8/7/2023 9:40:27 AM

*This account summary has been prepared by Resurgent Capital Services on behalf of LVNV Funding LLC. It is not a credit card or other account statement from the original creditor.*

### Borrower Information

| | |
|---|---|
| Name: | MICHAEL WILLIAMS |
| Address: | 1130 S Canal St # 1240 |
| City: | Chicago |
| State: | IL |
| Zip Code: | 60607-4907 |

### Account Information (Basis of Obligation)

| | |
|---|---|
| Owner: | LVNV Funding LLC |
| Resurgent Reference #: | [redacted] |
| Original Creditor: | Credit One Bank, N.A. |
| Account Number: | XXXXXXXXXX5058 |
| Current Balance Due: | $1072.00 |
| Type of Account: | Bankcard |
| Date of Last Payment: | 12/03/2021 |

### Historical Account Information

| | |
|---|---|
| The original creditor for this account was: | Credit One Bank, N.A. P.O. Box 98873 Las Vegas, NV 89193 |
| The origination date with original creditor was: | 09/29/2021 |
| The account charge-off date was: | 07/12/2022 |
| The account charge-off amount was: | $1,072.00 |
| The account was acquired on or about: | 08/17/2022 |
| The account balance at time of acquisition: | $1,072.00 |

*This communication is from a debt collector and this is an attempt to collect a debt. Any information obtained will be used for that purpose.*



Page 1 of 1

PIEEN701K0043300433030340000

**CREDIT ONE BANK CREDIT CARD STATEMENT**
Account Number
June 12, 2022 to July 11, 2022

### SUMMARY OF ACCOUNT ACTIVITY

| | |
|---|---:|
| Previous Balance | $1,013.59 |
| Payments | − $0.00 |
| Other Credits | − $0.00 |
| Purchases | + $0.00 |
| Balance Transfers | + $0.00 |
| Cash Advances | + $0.00 |
| Fees Charged | + $39.00 |
| Interest Charged | + $19.41 |
| **New Balance** | **$1,072.00** |
| Credit Limit | $700.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 07/11/22 |
| Days in Billing Cycle | 30 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card    1-877-825-3242
Outside the U.S. Call    1-702-405-2042

Please send billing inquiries and correspondence to:
P O Box 98873, Las Vegas, NV 89193-8873

### PAYMENT INFORMATION

| | |
|---|---:|
| New Balance | $1,072.00 |
| Past Due Amount | $222.00 |
| Amount Due This Period | $889.00 |
| **Minimum Payment Due** | **$1,072.00** |
| **Payment Due Date** | **08/07/22** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 1 months | $1,072.00 |

If you would like a location for credit counseling services, call 1-866-515-5720 Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111

### TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---:|
| | | | **Fees** | |
| | 07/11 | 07/11 | LATE FEE | 39.00 |
| | | | TOTAL FEES FOR THIS PERIOD | 39.00 |
| | | | **Interest Charged** | |
| | 07/11 | 07/11 | Interest Charge on Purchases | 19.41 |
| | 07/11 | 07/11 | Interest Charge on Cash Advances | 0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | 19.41 |

**2022 Totals Year-to-Date**

| | |
|---|---:|
| Total fees charged in 2022 | $263.00 |
| Total interest charged in 2022 | $113.30 |

Your account is currently closed.

**NOTICE OF CHANGE IN TERMS TO YOUR CARD AGREEMENT**
The Balance Transfer provisions in your Card Agreement are now in effect. All other terms disclosed in your Card Agreement remain unchanged. Please keep a copy of this document with your Card Agreement for future reference.

### INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---:|---:|
| Purchases | 25.49%(v) | $913.62 | $19.41 |
| Cash Advances | 25.49%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

5385    JBH    001  / 11  220711  0    C X PAGE 1 of 1    2 0  5388  6300  A312  O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to CREDIT ONE BANK

**CreditOne** BANK

For address, telephone and email changes
please complete the reverse side
Or, update your contact information online
at www.CreditOneBank.com

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | |
| New Balance: | $1,072.00 |
| Minimum Payment Due: | $1,072.00 |
| Payment Due Date: | 08/07/22 |
| **AMOUNT ENCLOSED:** | $ |

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

MICHAEL WILLIAMS
4745 S VINCENNES AVE APT 2
CHICAGO IL 60615-1420

0000000  0107200  0107200                9

PIEFN701K004330043302 03K0000